ALBERT HEPPENSTALL et al., as Trustees for LUKE GLEDHILL & COMPANY et al., Respondents, *v.* JOHN F. BAUDOUINE, Appellant.

*Heppenstall* v. *Baudouine,* 129 App. Div. 901, affirmed.
(Argued May 13, 1910; decided May 31, 1910.)

APPEAL from a judgment entered January 23, 1909, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to recover on an alleged contract whereby the defendant agreed to apply certain moneys to the payment of his debts.

*John A. Garver* for appellant.

*N. B. Sanborn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

IDA E. NICKELL, Appellant, *v.* HARRIET TRACY et al., Respondents.

*Nickell* v. *Tracy,* 130 App. Div. 906, affirmed.
(Argued May 16, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 17, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action for the foreclosure of a mortgage.

*Frank C. Ferguson* for appellant.

*A. G. Bartholomew* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.